UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Robin Hall

                    v.                          Case No. 10-cv-158-SM

Mortgage Electronic Registration
Systems, Inc., et al


O R D E R


In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge James R. Muirhead, is designated to review the request for injunctive relief submitted by Plaintiff Robin Hall and, if necessary, conduct any hearing that may be set.

In accordance with subparagraph (C), the Magistrate Judge shall file his proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

SO ORDERED.


April  28,  2010                        _____
                                        Steven J. McAuliffe
                                        Chief Judge


cc:    Steven J. Venezia, Esq.
       Christopher D. Hunt, Esq.