```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Robin Hall

    v.                              Civil No. 10-cv-158-SM

Mortgage Electronic Registration
Systems, Inc., et al

                Order and Report and Recommendation

    Re: Document No. 2, Objection and Request for Relief

    Ruling: The objection to removal is denied but I recommend that defendant's scheduled foreclosure sale be stayed until final resolution of plaintiff's request for preliminary injunction.

                                               */s/ James R. Muirhead*
                                               James R. Muirhead
                                               United States Magistrate Judge

Date:  April 30, 2010

cc:  Christopher Hunt, Esq.
     Steven J. Venezia, Esq.