UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robin Hall

    v.                      Civil No. 10-cv-158-SM

Mortgage Electronic Registration
Systems, Inc., et al


    Re: Document No. 4, Report and Recommendation

    Ruling: Defendants' objection to the Report and Recommendation is sustained and the Report and Recommendation is disapproved in part and approved in part. Defendants represent that they have voluntarily postponed the scheduled foreclosure sale, and a new sale date has not been scheduled. Accordingly, there is nothing to enjoin. Moreover, plaintiff has objected to removal of this action from state court (likely intended as a motion for remand), but without articulating any basis upon which remand might be ordered. And, plaintiff has, contrary to local rules of procedure, combined a request for injunctive relief with that objection. And, in requesting injunctive relief, plaintiff has not met the requirements of Federal Rule of Civil Procedure 65. The objection (motion for remand) is denied; the request for injunctive relief is denied without prejudice.


Date: May 19, 2010

                                          Chief Judge Steven McAuliffe


cc: All Counsel of Record